IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER PYLES, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | NO. 11-378-SCW |
| ) | |
| DONALD GAETZ, DR. MAGID FAHIM, ) | |
| WEXFORD HEALTH SERVICES and ) | |
| UNKNOWN PARTY John/Jane Doe's, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Defendant **UNKNOWN PARTY John/Jane Doe's** were dismissed by an Order entered by Judge Michael J. Reagan on June 28, 2012 (Doc. 12).

Defendant **DONALD GAETZ** was dismissed without prejudice by an Order entered by Judge Michael J. Reagan on August 9, 2012 (Doc. 14) .

Defendants DR. MAGID FAHIM and WEXFORD HEALTH SERVICES were granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on March 14, 2013 (Doc. 136).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **DONALD GAETZ, DR. MAGID FAHIM, WEXFORD HEALTH SERVICES** and **UNKNOWN PARTY John/Jane Doe's** and against Plaintiff **CHRISTOPHER PYLES**.

Plaintiff shall take nothing from this action.

**DATED**: March 14, 2014

                                                                   NANCY J. ROSENSTENGEL, CLERK
                                                                   BY: S/Angela Vehlewald
                                                                            Deputy Clerk

**Approved by**    s//Stephen C. Williams
                  **United States Magistrate Judge**
                      **Stephen C. Williams**